# FINANCIAL DISCLOSURE
## REPORT FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fenner, Gary A. | US Court Western District of Missouri | 04/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 8-11 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 11-14 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Retirement benefits from the state of MO. I have no control in regards to this agreement. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 15-19 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | State of MO Retirement | $75,993.60 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State of MO Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 21-23 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 24-27 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Herzog Contracting Corp. | Transportation and lodging on fishing trip to Ontario, Canada | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 28-29 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 30-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AFFILIATED MANAGERS GROUP | A | Div. | J | T | | | | | |
| 2. ALPHABET INC CL A | | None | | | Sold | 7/31/2018 | J | C | |
| 3. ALPHABET INC CL C | | None | K | T | | | | | |
| 4. ALPS ETF TR ALERIAN MLP ETF | | None | | | Buy | 1/18/2018 | J | | |
| 5. ALPS ETF TR ALERIAN MLP ETF | A | Div. | | | Sold | 12/26/2018 | J | | |
| 6. AMAZON COM INC | | None | M | T | | | | | |
| 7. AMERICAN FUNDS NEW ECONOMY A | D | Div. | M | T | | | | | |
| 8. AMGEN INC COM | B | Div. | K | T | Sell (part.) | 1/4/2018 | J | A | |
| 9. APPLIED MATERIALS INC 3.900% Due 10-01-25 | B | Int. | L | T | | | | | |
| 10. ARCHER DANIELS MIDLAND CO | A | Div. | K | T | Sell (part.) | 7/16/2018 | J | A | |
| 11. AT&T INC COM | B | Div. | K | T | | | | | |
| 12. AXA EQUITABLE ACCOUNTS | B | None | J | T | | | | | |
| 13. BANK HAWAII CORP | A | Div. | J | T | | | | | |
| 14. BANK NEW YORK MELLON CORP COM | A | Div. | J | T | | | | | |
| 15. BANK OF AMERICA ACCOUNT | B | Int. | L | T | | | | | |
| 16. BEMIS INC COM | A | Div. | J | T | | | | | |
| 17. BERKSHIRE HATHAWAY INC DEL CL B NEW | | None | J | T | Buy | 1/4/2018 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 30–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BOEING CO COM | A | Div. | K | T | Sell (part.) | 1/4/2018 | J | B |  |
| 19. BOEING CO COM |  | None | See Above | See Above | Sell (part.) | 1/18/2018 | K | D |  |
| 20. BOEING CO COM |  | None | See Above | See Above | Sell (part.) | 3/8/2018 | J | C |  |
| 21. BOEING CO COM |  | None | See Above | See Above | Sell (part.) | 3/9/2018 | J | B |  |
| 22. BOEING CO COM |  | None | See Above | See Above | Sell (part.) | 7/16/2018 | J | C |  |
| 23. BOEING CO COM |  | None | See Above | See Above | Sell (part.) | 7/31/2018 | J | C |  |
| 24. CA INC COM | A | Div. |  |  | Sold | 11/5/2018 | K | D |  |
| 25. CAPITAL ONE FINL CORP COM | A | Div. | K | T | Sell (part.) | 1/4/2018 | J | A |  |
| 26. CHEVRON CORP | A | Div. | J | T |  |  |  |  |  |
| 27. CISCO SYS INC COM | B | Div. | K | T | Sell (part.) | 1/4/2018 | J | B |  |
| 28. CISCO SYS INC COM |  | None | See Above | See Above | Sell (part.) | 3/9/2018 | J | B |  |
| 29. COLUMBIA MO WTR & ELEC REV REF & IMPT SYS 3.000% Due 10-01-24 | A | Int. | K | T |  |  |  |  |  |
| 30. COMPASS MINERALS INTL INC | A | Div. |  |  | Sold | 12/11/2018 | J |  |  |
| 31. CONOCOPHILLIPS | A | Div. | J | T |  |  |  |  |  |
| 32. COUNTRY CLUB BANK ACCOUNTS | A | Int. | J | T |  |  |  |  |  |
| 33. CVS CAREMARK CORP COM | A | Div. | J | T |  |  |  |  |  |
| 34. DIAGEO PLC ADR | A | Div. | K | T | Buy (Addl.) | 1/4/2018 | J |  |  |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
|  | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |  |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |  |
|  | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |  |
|  | P3 =$25,000,001 - $50,000,000 |  | P4 =More than $50,000,000 |  |  |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |  |
|  | U =Book Value | V =Other | W =Estimated |  |  |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 30–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DIEBOLD INC COM | A | Div. | | | Sold | 8/1/2018 | J | | |
| 36. DOW DU PONT INC | A | Div. | K | T | Buy (Addl.) | 1/4/2018 | J | | |
| 37. DU PONT E I DE NEMOURS & CO SR NT 4.625% DTD 11/09/2009 DUE 01/15/2020 | B | Int. | K | T | | | | | |
| 38. ENERGY SELECT SECTOR SPDR ETF | | None | K | T | Buy | 12/26/2018 | K | | |
| 39. EXXON MOBIL CORP | A | Div. | J | T | Sell (part.) | 12/26/2018 | J | | |
| 40. FEDERATED INVESTORS INC | A | Div. | J | T | Buy | 7/16/2018 | J | | |
| 41. FEDEX CORP COM | A | Div. | J | T | Buy | 3/9/2018 | J | | |
| 42. FIRST EAGLE HIGH YIELD I | C | Div. | J | T | Sell (part.) | 11/13/2018 | K | C | |
| 43. FIRST HORIZON NATL CORP COM | A | Div. | J | T | | | | | |
| 44. GENERAL DYNAMICS CORP 3.875% Due 07-15-21 | A | Int. | K | T | Buy | 5/8/2018 | K | | |
| 45. IBM | B | Div. | J | T | Sell (part.) | 12/12/2018 | J | | |
| 46. INTEL CORP COM | A | Div. | K | T | Sell (part.) | 1/4/2018 | J | B | |
| 47. INTEL CORP COM | | None | See Above | See Above | Sell (part.) | 3/8/2018 | J | A | |
| 48. INTEL CORP COM | | None | See Above | See Above | Sell (part.) | 7/16/2018 | J | B | |
| 49. ISHARES MSCI ACWI ETF | | None | M | T | Buy | 12/26/2018 | M | | |
| 50. ISHARES MSCI EAFE ETF | C | Div. | K | T | Buy (Addl.) | 1/4/2018 | J | | |
| 51. ISHARES MSCI EAFE ETF | | None | See Above | See Above | Sell (part.) | 7/5/2018 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 30-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES MSCI EAFE ETF | | None | See Above | See Above | Sell (part.) | 12/26/2018 | L | | |
| 53. ISHARES MSCI EAFE GROWTH ETF | B | Div. | L | T | Sell (part.) | 7/5/2018 | J | A | |
| 54. ISHARES RUSSELL 1000 VALUE ETF | A | Div. | L | T | Buy | 12/11/2018 | K | | |
| 55. ISHARES RUSSELL 1000 VALUE ETF | | None | See Above | See Above | Buy (Addl.) | 12/26/2018 | K | | |
| 56. JACKSON CNTY MO CONS SCH DIST #2 RAYTOWN REF MO DIR DEP PROGRAM 4.000% Due 03-01-21 | B | Int. | K | T | | | | | |
| 57. JACOBS ENGINEERING GROUP INC | A | Div. | J | T | Buy (Addl.) | 1/4/2018 | J | | |
| 58. JOHNSON & JOHNSON | A | Div. | K | T | | | | | |
| 59. JPMORGAN CHASE & CO COM | B | Div. | L | T | | | | | |
| 60. KEYCORP NEW COM | A | Div. | J | T | Buy | 7/31/2018 | J | | |
| 61. KLA TENCOR CORP COM | A | Div. | K | T | Buy (Addl.) | 8/2/2018 | J | | |
| 62. KLA TENCOR CORP COM | | None | See Above | See Above | Buy (Addl.) | 11/6/2018 | J | | |
| 63. KOHLS CORP COM | A | Div. | J | T | Sell (part.) | 7/16/2018 | J | B | |
| 64. KONINKLIJKE PHILIPS ELECTRS NV NT 3.75% DTD 03/09/2012 DUE 03/15/2022 | A | Int. | | | Sold | 4/26/2018 | L | | |
| 65. LABORATORY CORP AMER HLDGS | | None | J | T | Buy (Addl.) | 3/9/2018 | J | | |
| 66. LORD ABBETT AFFILIATED A | D | Div. | | | Sold | 12/26/2018 | K | A | |
| 67. MACYS INC COM | A | Div. | J | T | Sell (part.) | 7/16/2018 | J | B | |
| 68. MASS MUTUAL FINANCIAL POLICY | A | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 30-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MEDTRONIC PLC | A | Div. | J | T | Buy | 1/18/2018 | J | | |
| 70. MERCK & CO INC | A | Div. | K | T | Buy (Addl.) | 1/4/2018 | J | | |
| 71. MICROSOFT CORP COM | A | Div. | K | T | Sell (part.) | 1/4/2018 | J | B | |
| 72. MONSANTO CO SR NT 2.75% DTD 7/01/2014 DUE 7/15/2021 | B | Int. | K | T | | | | | |
| 73. MUNICH RE GROUP ADR | A | Div. | K | T | Sell (part.) | 1/18/2018 | J | A | |
| 74. NBC UNIVERSAL MEDIA LLC 2.875% Due 01-15-23 | A | Int. | K | T | | | | | |
| 75. NCR CORP NEW COM | | None | J | T | Sell (part.) | 7/5/2018 | J | | |
| 76. NEXTERA ENERGY INC COM | A | Div. | J | T | | | | | |
| 77. NOVARTIS AG SPONSORED ADR | A | Div. | J | T | | | | | |
| 78. NUCOR CORP SR NT 4.00% DTD 07/29/2013 DUE 08/01/2023 | B | Int. | L | T | | | | | |
| 79. OMNICOM GROUP | A | Div. | K | T | Buy (Addl.) | 7/16/2018 | J | | |
| 80. PAYCHEX INC COM | A | Div. | J | T | | | | | |
| 81. PFIZER INC COM | A | Div. | K | T | | | | | |
| 82. PHILLIPS 66 COM | A | Div. | J | T | | | | | |
| 83. PPL CORP COM | A | Div. | J | T | | | | | |
| 84. PROCTER & GAMBLE CO COM | A | Div. | K | T | Buy | 3/8/2018 | J | | |
| 85. PROCTER & GAMBLE CO COM | | None | See Above | See Above | Buy (Addl.) | 3/9/2018 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 30-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PRUDENTIAL FINANCIAL INC | B | Div. | K | T | Sell (part.) | 3/9/2018 | J | A | |
| 87. QUALCOMM INC 3.000% Due 05-20-22 | A | Int. | K | T | | | | | |
| 88. QUEST DIAGNOSTICS INC | | None | J | T | Buy | 11/6/2018 | J | | |
| 89. RAYTHEON COM NEW | A | Div. | J | T | | | | | |
| 90. REGIONS FINL CORP NEW COM | A | Div. | J | T | | | | | |
| 91. RIVERPARK STRATEGIC INCOME INSTITUTIONAL | B | Div. | K | T | | | | | |
| 92. ROYAL BK CDA MONTREAL QUE ADR | A | Div. | K | T | Buy (Addl.) | 1/18/2018 | J | | |
| 93. SCHLUMBERGER LTD COM | A | Div. | J | T | | | | | |
| 94. SPDR S&P MIDCAP 400 ETF TR UNIT SER 1 STAN | A | Div. | K | T | Buy (Addl.) | 12/26/2018 | K | | |
| 95. ST CHARLES MO NEIGHBORHOOD IMPT DIST 2.500% Due 03-01-23 | A | Int. | K | T | | | | | |
| 96. TARGET CORP COM | A | Div. | J | T | | | | | |
| 97. TECHNOLOGY SELECT SECTOR SPDR ETF | A | Div. | J | T | Buy | 12/12/2018 | J | | |
| 98. THERMO FISHER CORP COM | A | Div. | J | T | Sell (part.) | 1/4/2018 | J | B | |
| 99. THERMO FISHER CORP COM | | None | See Above | See Above | Sell (part.) | 7/5/2018 | J | A | |
| 100. THERMO FISHER CORP COM | | None | See Above | See Above | Sell (part.) | 7/31/2018 | J | A | |
| 101. THOMSON REUTERS CORP COM | A | Div. | | | Sold | 3/16/2018 | J | | |
| 102. THORNBURG INTERNATIONAL VALUE I | A | Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 30-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TOTAL SA ADR | A | Div. | K | T | | | | | |
| 104. TWEEDY BROWNE GLOBAL VALUE | B | Div. | K | T | Buy (Addl.) | 1/4/2018 | J | | |
| 105. TWEEDY BROWNE GLOBAL VALUE | | None | See Above | See Above | Sell (part.) | 12/26/2018 | J | | |
| 106. TWENTY-FIRST CENTURY FOX INC B | A | Div. | K | T | Sell (part.) | 3/9/2018 | J | A | |
| 107. TWENTY-FIRST CENTURY FOX INC B | | None | See Above | See Above | Sell (part.) | 7/5/2018 | J | B | |
| 108. UNDISCOVERED MGRS BEHAVIORAL VALUE INST | C | Div. | J | T | Sell (part.) | 12/26/2018 | K | | |
| 109. UNITED PARCEL SERVICES CL B COM | A | Div. | K | T | Buy | 3/8/2018 | J | | |
| 110. UNITED PARCEL SERVICES CL B COM | | None | See Above | See Above | Buy (Addl.) | 11/6/2018 | J | | |
| 111. UNITED TECHNOLOGIES CORP COM | A | Div. | J | T | | | | | |
| 112. UNITED TECHNOLOGIES 1.778% Due 05-04-18 | A | Int. | | | Sold | 5/4/2018 | K | A | |
| 113. VODAFONE GROUP PLC ADR | A | Div. | | | Sold | 12/11/2018 | J | | |
| 114. WADDELL & REED ADVISORS SCIENCE & TECHNOLOGY FUND | A | Div. | J | T | | | | | |
| 115. WADDELL & REED ADVISORS BOND C (MUTUAL FUND) | A | Div. | J | T | | | | | |
| 116. WADDELL & REED ADVISORS (MUTUAL FUND) | A | Div. | J | T | | | | | |
| 117. WAL MART STORES INC COM | A | Div. | K | T | Sell (part.) | 1/4/2018 | J | B | |
| 118. WALT DISNEY CO | A | Div. | J | T | | | | | |
| 119. WELLS FARGO & CO | A | Div. | J | T | Buy | 1/4/2018 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 30-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. WELLS FARGO SHORT-TERM HI YLD BD INST | C | Div. | L | T | Buy (Addl.) | 7/31/2018 | K | | |
| 121. WENTZVILLE MO SCH DIST #R-4 REF MO DIRECT DEP PROGRAM 4.000% Due 03-01-25 | B | Int. | K | T | | | | | |
| 122. ZURICH INSURANCE GROUP AG ADR | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On Part VII:  Line #37 lists "DU PONT E I DE NEMOURS & CO SR NT 4.625% DTD 11/09/2009 DUE 01/15/2020."
This is a bond that was identified on my 2016 report, and inadvertently not specifically identified on my 2017 report.
As reported on my 2017 report, stock in Du Pont E I De Nemours merged into Dow Du Pont Inc., however, the bond I hold
(mentioned above) retains it's identity as listed in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Gary A. Fenner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544